(Republished.)

In the Matter of the Accounting of ELIZABETH A. SCHILLER, as Administratrix of the Estate of SARA C. STILLWELL, Also Known as SARA C. PETERS, Deceased, Appellant. RICHARD S. STILLWELL et al., Respondents.— Motion to dismiss appeal denied, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow and Rabin, JJ. [See *ante*, p. 833.]

(Republished.)

In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property, Bounded by West 100th Street, and Other Streets, in the Borough of Manhattan, Required for a Project Known as WEST PARK (MANHATTAN TOWN) SLUM CLEARANCE PROJECT. JAFS REALTY CORPORATION et al., Appellants; MANUEL PADIN et al., Respondents-Appellants, and A. & W. REALTY CORP. et al., Respondents.— Order modified by reducing the building values in accordance with the opinion herein and, as so modified, affirmed. Opinion *Per Curiam*. Concur — Callahan, Breitel, Botein and Rabin, JJ.; Cohn, J. P., dissents in part in opinion. Settle order on notice. [See *ante*. p. 821.]